```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GREGORY GRIMALDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00355-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
|  | ) VACATE THE TRIAL SETTING AND SET |
| v. | ) FOR STATUS CONFERENCE AND TO |
|  | ) U.S. PROBATION TO PREPARE A |
| GREGORY GRIMALDO, | ) PRE-PLEA PRESENTENCE REPORT |
|  | ) |
| Defendant. | ) Date:   November 4, 2010 |
|  | ) Time:   9:00am |
| _____ | ) Judge:  Hon. Morrison C. England |

The parties, JILL THOMAS, Assistant United States Attorney, and DOUGLAS J. BEEVERS, Assistant Federal Defender, attorney for defendant GREGORY GRIMALDO, hereby stipulate and agree to the following:

1. That the Trial Confirmation Hearing set for October 21, 2010 and the Jury Trial set for November 1, 2010 be vacated and the matter be set for a Status Conference Hearing on December 2, 2010 at 9:00am.

2. The reason for the continuance is to allow the parties additional time to negotiate a resolution. The defendant intends to resolve this matter without a jury trial and the parties need additional time to inquire about whether the juvenile convictions will count in his criminal history. Defendant has already signed the pre-plea authorization form.

3. The parties stipulate that the period from the signing of this Order, up to and including the December 2, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

4. To extend the deadline to file any pretrial motions to the December 2, 2010 status conference hearing date.

5. The parties request that the Court order U.S. Probation to prepare a pre-plea pre-sentence report including a criminal record check and a preliminary guideline calculations.

6. The Defendant agrees that all delay in the case resulting from the pre-plea presentence report process would be excluded for purposes of speedy trial calculations as a T4 continuance.

7. The parties agree to provide copies of any criminal records information to U.S. Probation to facilitate the preparation of the report. The parties believe that they have already obtained copies of most of the significant criminal history documents needed for a guideline calculation.

8. The parties believe that this pre-plea presentence report will facilitate a plea agreement, and will facilitate the preparation of a final presentence report.

///
///
///

Stip/Order: Preplea Report/Status Hearing-2-

| | | |
|---|---|---|
| 1 | Dated: October 7, 2010 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK |
| | | Federal Defender |

/s/ *DOUGLAS BEEVERS*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
GREGORY GRIMALDO


BENJAMIN B. WAGNER
United States Attorney


/s/ *Jill Thomas*
JILL THOMAS
Assistant U.S. Attorney

**ORDER**

Based upon the stipulation of counsel set forth above, the Court adopts the stipulations.

**IT IS SO ORDERED.**

Dated: October 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip/Order: Preplea Report/Status Hearing -3-