DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GREGORY GRIMALDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00355-MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO |
| v. | ) ) | GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S MOTION TO SUPPRESS |
| GREGORY GRIMALDO, | ) ) | EVIDENCE |
| Defendant. | ) ) ) | |

The Government has filed an opposition to the defendant's motion to suppress evidence. Defense counsel has worked diligently on a reply but, due to the demands of other cases, is not able to file the reply by Thursday, January 20, 2011, the day the reply is due. Accordingly, defense counsel hereby requests an extension of time to file the reply by Friday, January 21, 2011. The Government has been informed of this request and does not oppose the one day extension of time to file the reply. All other dates in the briefing schedule, including the hearing date, will remain unchanged. No new exclusion of time is necessary.

///

///

///

| | | |
|---|---|---|
| 1 | Dated:    January 20, 2011 | Respectfully submitted, |
| 2 | | DANIEL J. BRODERICK<br>Federal Defender |
| 3 | | |
| 4 | | /s/ DOUGLAS BEEVERS<br>DOUGLAS BEEVERS |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | GREGORY GRIMALDO |
| 7 | Dated:    January 20, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | /s/ Jill Thomas<br>JILL THOMAS |
| 9 | | Assistant United States Attorney<br>Attorney for Plaintiff |
| 10 | | UNITED STATES OF AMERICA |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is hereby ordered that deadline to file the reply to the government's opposition to the defendant's motion to suppress evidence be extended one day to Friday, January 21, 2011.

Dated: January 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Reply EOT                                              -2-