```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GREGORY GRIMALDO
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) No. CR-S-10-0355 MCE
                                 )
12              Plaintiff,       ) STIPULATION AND ORDER TO CONTINUE
                                 ) STATUS CONFERENCE
13       v.                      )
                                 ) Date:   April 28, 2011
14  GREGORY GRIMALDO,            ) Time:   9:00am
                                 ) Judge:  Hon. Morrison C. England
15              Defendant.       )
                                 )
16  _____ )
```

17       The parties request that the status conference in this case be
18  continued from March 3, 2011, to April 28, 2011 at 10:00 a.m.  They
19  stipulate that the time between March 3, 2011 and April 28, 2011 should
20  be excluded from the calculation of time under the Speedy Trial Act.  The
21  parties stipulate that the ends of justice are served by the Court
22  excluding such time, so that counsel for the defendant may have
23  reasonable time necessary for effective preparation, taking into account
24  the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
25  Specifically, the pre-plea presentence report is not expected to be
26  completed until April 11, 2011. Additionally, defense counsel needs time
27  to continue investigating the facts of the case.
28  ///

1  The parties stipulate and agree that the interests of justice served by
2  granting this continuance outweigh the best interests of the public and
3  the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

5  Dated:    March 1, 2011              Respectfully submitted,

6                                       DANIEL J. BRODERICK
                                        Federal Defender

8                                       /s/ *DOUGLAS BEEVERS*
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
9                                       Attorney for Defendant
                                        GREGORY GRIMALDO

11 Dated:    March 1, 2011              BENJAMIN B. WAGNER
                                        United States Attorney

13                                      /s/ *Jill Thomas*
                                        JILL THOMAS
                                        Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 3, 2011, be continued to April 28, 2011, at 10:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the April 28, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Dated: March 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE