```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GREGORY GRIMALDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-10-0355 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| GREGORY GRIMALDO, | ) | Date: May 26, 2011<br>Time: 9:00am<br>Judge: Hon. Morrison C. England |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from May 5, 2011, to May 26, 2011 at 9:00 a.m. They stipulate that the time between May 5, 2011 and May 26, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the pre-plea presentence report was not received by defense counsel until May 3, 2011. Additionally, defense counsel needs time to continue investigating the facts of the case and to negotiate a resolution to this matter.

///

1  The parties stipulate and agree that the interests of justice served by
2  granting this continuance outweigh the best interests of the public and
3  the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).
4  Dated:    May 3, 2011                Respectfully submitted,
5                                       DANIEL J. BRODERICK
                                        Federal Defender
6
                                        /s/ *DOUGLAS BEEVERS*
7                                       DOUGLAS BEEVERS
                                        Assistant Federal Defender
8                                       Attorney for Defendant
                                        GREGORY GRIMALDO
9
10 Dated:    May 3, 2011                BENJAMIN B. WAGNER
                                        United States Attorney
11
                                        /s/ *Jill Thomas*
12                                      JILL THOMAS
                                        Assistant U.S. Attorney
13

Stip/Order                              -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 5, 2011, be continued to May 26, 2011, at 10:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the May 26, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: May 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE