```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DOUGLAS J. BEEVERS, USVI Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  GREGORY GRIMALDO
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  No. 2:10-cr-00355-MCE
                                )
12              Plaintiff,      )  STIPULATION AND ORDER TO CONTINUE
                                )  STATUS CONFERENCE
13       v.                     )
                                )  Date:    July 7, 2011
14  GREGORY GRIMALDO,           )  Time:    9:00am
                                )  Judge:   Hon. Morrison C. England
15              Defendant.      )
                                )
16  _____)
```

17      The parties request that the status conference in this case be
18 continued from May 26, 2011, to July 7, 2011 at 9:00 a.m. They stipulate
19 that the time between May 26, 2011 and July 7, 2011 should be excluded
20 from the calculation of time under the Speedy Trial Act. The parties
21 stipulate that the ends of justice are served by the Court excluding such
22 time, so that counsel for the defendant may have reasonable time
23 necessary for effective preparation, taking into account the exercise of
24 due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, defense
25 counsel needs time to continue investigating the facts of the case and to
26 negotiate a resolution to this matter.
27 ///
28 ///

1  The parties stipulate and agree that the interests of justice served by
2  granting this continuance outweigh the best interests of the public and
3  the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

4  Dated:    May 24, 2011              Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ *DOUGLAS BEEVERS*
                                        DOUGLAS BEEVERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GREGORY GRIMALDO

10 Dated:    May 24, 2011              BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ *Jill Thomas*
                                        JILL THOMAS
                                        Assistant U.S. Attorney

Stip/Order                         -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 26, 2011, be continued to July 7, 2011, at 10:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the July 7, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: May 31, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE