```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:10-CR-00355 MCE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION FOR FINAL ORDER OF |
| | ) | FORFEITURE AND ORDER THEREON |
| v. | ) | |
| | ) | |
| GREGORY ALAN GRIMALDO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and Javier Solis, Jr. (hereafter "petitioner"), to compromise and settle his interest in the following property, and to consent to the entry of a Final Order of Forfeiture as to the following assets pursuant to Fed. R. Crim. P. 32.2(c), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c):

    A Tas Taurus Forjas .44 caliber handgun, serial number NE948417.

///

///

///

///

1. This stipulation for Final Order of Forfeiture is entered into between the parties pursuant to the plea agreement Gregory Alan Grimaldo entered into in which he pleaded guilty to Count One, which charges a Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) of the Indictment. The Court entered a Preliminary Order of Forfeiture on August 11, 2011. Pursuant to 21 U.S.C. § 853(n)(1), the United States sent direct notice to Javier Solis, Jr. by certified mail on September 12, 2011, and published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov beginning on August 12, 2011. Javier Solis, Jr. filed a verified petition on October 21, 2011, claiming an interest in the Tas Taurus Forjas .44 caliber handgun, serial number NE948417 (hereafter "firearm"). No other persons or entities have come forward and the time for maintaining a claim has expired.

2. The parties hereby stipulate that Javier Solis, Jr. has an interest in the firearm. Javier Solis, Jr. has a legal right, title, or interest in the firearm, and that such right, title, or interest requires the Court to amend the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(c)(2) to account for Javier Solis, Jr.'s interest because such interest was vested in him rather than the Defendant at the time of the commission of the act which gave rise to the forfeiture of the firearm. *See* 28 U.S.C. § 2461 (c)(incorporating 21 U.S.C. § 853(n)). The parties further stipulate, however, that the Preliminary Order of Forfeiture remains valid to the extent it orders the forfeiture of any interest Gregory Alan Grimaldo has in the firearm.

///

///

3. Petitioner understands and agrees that the firearm held by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), will not be released to petitioner until the "Law Enforcement Gun Release Application" is executed by petitioner and filed with the California Department of Justice Bureau of Firearms and any necessary fees are paid.  ATF will release the firearm to petitioner within thirty (30) days of receipt of notification from the California Department of Justice Bureau of Firearms that the application has been approved and all fees have been paid in full.

4. Petitioner understands and agrees that the United States reserves the right to void the stipulation if, before the return of the firearm, the U.S. Attorney obtains new information indicating that the petitioner is not "innocent owner" pursuant to the applicable forfeiture statute.  A discretionary termination of forfeiture shall not be a basis for any award of fees.

5. The court shall maintain jurisdiction over this matter to, inter alia, enforce the terms of this stipulation.

Dated: 1-19-12                    BENJAMIN B. WAGNER
                                  United States Attorney

                                   /s/ Jill M. Thomas
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney


Dated: 1-17-2012                   /s/ Javier Solis, Jr.
                                  JAVIER SOLIS, JR.
                                  Petitioner
                                  Appearing *in propria persona*
                                  (Original signatures retained by
                                  attorney)

**ORDER**

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters a Final Order of Forfeiture on the terms set forth in the parties' Stipulated Settlement.

IT IS SO ORDERED.

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE