DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GREGORY GRIMALDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 10-355-GEB |
| ) Plaintiff, ) | |
| ) | **STIPULATED MOTION FOR** |
| v. ) | **RESENTENCING ORDER** |
| ) | |
| GREGORY GRIMALDO, ) | |
| ) Defendant. ) | |
| ) | |
| _____ ) | |

Plaintiff, the United States of America, by and through Jill Thomas, Assistant United States Attorney, and defendant, GREGORY GRIMALDO, by and through Rachelle Barbour, Research and Writing Attorney, Office of the Federal Defender, hereby enter into the following stipulation, and request that the Court enter the proposed order attached hereto.

The parties agree and stipulate to the following:

1. On November 14, 2011, a judgment was entered in the above-entitled matter after the District Court imposed a sentence of 40

1  months imprisonment, 10 months higher than the top of the advisory
2  guideline range.
3      2.   On June 11, 2012, the Ninth Circuit Court of Appeals issued
4  an order, pursuant to the parties' stipulation, vacating Mr. Grimaldo's
5  sentence and remanding the case to this Court for resentencing before a
6  different district judge.  Mem. Dispo., No. 11-10604.  On June 15,
7  2012, this case was reassigned to District Judge Garland E. Burrell Jr.
8  for resentencing.
9      3.   In light of the Ninth Circuit's memorandum disposition, and
10 the plea agreement between the parties, the parties jointly recommend a
11 27-month sentence in this case.  This is the middle of the advisory
12 guideline range of 24 to 30 months, which was correctly determined at
13 the last sentencing hearing and is unaffected by the Ninth Circuit's
14 disposition.
15     4.   The parties hereby stipulate that Mr. Grimaldo be resentenced
16 on Count One of the indictment and be committed to the custody of the
17 United States Bureau of Prisons to be imprisoned for a term of 27
18 months, the middle of the applicable guideline range.  The parties ask
19 that the Court sign the attached proposed order.
20     5.   The parties waive the preparation of an amended presentence
21 investigation report.  There is no change in the advisory sentencing
22 guidelines correctly calculated by the District Court at the last
23 sentencing hearing.  Mr. Grimaldo's total offense level is 13, his
24 criminal history category is IV, and the advisory guideline range is 24
25 to 30 months.
26 //
27 //
28

6. Mr. Grimaldo waives his right to be present at sentencing pursuant to Rule 43(c)(1)(B).

Accordingly, the United States and defendant Gregory Grimaldo request the Court enter the lodged order attached hereto.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: June 19, 2012          /s/ Rachelle Barbour
                              RACHELLE BARBOUR
                              Research and Writing Attorney

                              Attorney for Defendant
                              GREGORY GRIMALDO


                              BENJAMIN B. WAGNER
                              United States Attorney

Dated: June 19, 2012          /s/ Jill Thomas
                              JILL THOMAS
                              Assistant U.S. Attorney

DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GREGORY GRIMALDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S. 10-355-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **RESENTENCING ORDER** |
| v. | ) | |
| | ) | |
| GREGORY GRIMALDO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Resentencing is pending, and the undersigned judge certifies his familiarity with the filings in this case, and the presentence report. The parties have stipulated that a particular sentence should be imposed. The undersigned judge makes the following findings and order:

    1.  The total offense level is 13, the criminal history category is IV, and the correct advisory guideline range is 24 to 30 months, as determined by this District Court at the last sentencing hearing.

    2.  The court finds that a sentence of 27 months, the middle of the advisory guideline range, is a reasonable sentence that is

4

sufficient but not greater than necessary to comply with the goals of sentencing prescribed in 18 U.S.C. § 3553.

3.   Accordingly, it is ORDERED that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWENTY-SEVEN (27) months on Count One of the indictment, in which he is charged with violating 18 U.S.C. § 922(g).

4.   The Clerk of the Court shall forthwith prepare an amended judgment reflecting the new sentence, and shall forthwith serve a copy of the amended judgment on the United States Probation Office.

IT IS SO ORDERED.

Dated:   June 26, 2012

GARLAND E. BURRELL, JR.
United States District Judge

5