Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Gregory Alan GRIMALDO |
| **Docket Number:** | 2:10CR00355-01 |
| **Offender Address:** | Tracy, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 10/20/2011 |
| **Original Offense:** | 18 USC 922(g)(1) - Felon in Possession of a Firearm (CLASS C Felony); 18 USC 924(d)(1) and 28 USC 2461(c) - Criminal Forfeiture |
| **Original Sentence:** | 40 months custody of the Bureau of Prisons; 36 months supervised release; $100 special assessment |
| **Special Conditions:** | (1) Search; (2) Drug/alcohol treatment; (3) Drug/alcohol testing; (4) No alcohol; (5) Aftercare co-payment; (6) No association with any Norteno street gang members. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | to commence August 8, 2012 |
| **Assistant U.S. Attorney:** | Jill M. Thomas        **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Rachelle Barbour      **Telephone:** (916) 498-5700 |
| **Other Court Action:** | |
| <u>**06/27/2012:**</u> | Re-sentenced following appeal to 27 months custody of the Bureau of Prisons; 36 months supervised release; $100 special assessment. All other terms and conditions of supervised release remain in effect. |

RE:     Gregory Alan GRIMALDO
        Docket Number:  2:10CR00355-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7.     The defendant shall reside and participate in a residential community corrections center for a period of up to 180 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:**  On June 27, 2012, the offender's appeal was granted and he was re-sentenced to a term of 27 months in the custody of the Bureau of Prisons, reducing his sentence by 13 months.  On that date, the Probation Office was notified by the Assistant Federal Public Defender, Rachelle Barbour, of the re-sentencing.  Mr. Grimaldo is scheduled to release from the Bureau of Prisons on August 8, 2012.

Through counsel, Mr. Grimaldo provided a release address in Tracy, California, with Ms. Junet Rodriguez, his significant other.  This location has been determined to be unsuitable for the offender's release as Ms. Rodriguez is subject to felony probation following a drug-related conviction.

It should be noted, Ms. Rodriguez played a role in the underlying offense of conviction (Presentence Report, page 4, paragraphs 7-9).  Our office has some concern that their relationship may involve domestic violence.  In addition, Child Protective Services is currently involved following Mr. Grimaldo's arrest and conviction for the instant offense.  That office does not support Mr. Grimaldo releasing to the address with Ms. Rodriguez.

Mr. Grimaldo subsequently provided an alternate release address, with Ms. Sharnelle Grimaldo, who is the sister of Junet Rodriguez, and wife of the defendant's brother, Faustino Grimaldo, a felon. This location has been found unsuitable for the offender's release as Mrs. Grimaldo receives Section

RE: **Gregory Alan GRIMALDO**
   Docket Number:  2:10CR00355-01
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

8 Housing which prohibits felons from residing at the location. Further, Mrs. Grimaldo has an active misdemeanor warrant.

Based on the above and in the absence of a suitable release address, the United States Probation Officer respectfully recommends the previously imposed terms of supervised release be modified to include placement at the Residential Re-Entry Center (RRC) for up to 180 days. Our office has verified space is available. Mr. Grimaldo has agreed to the above-noted modification to his terms of supervised release and has signed a Waiver of Hearing, which is available on file if requested. Placement at the RRC will allow the offender more time to find a suitable release address and obtain employment.

Respectfully submitted,

/s/ Laura M. Weigel

**Laura M. Weigel**
**United States Probation Officer**
Telephone:  (209) 549-2817

DATED:   August 2, 2012
   Modesto, California
   LMW/lr

REVIEWED BY:   /s/ Michael A. Sipe
   **Michael A. Sipe**
   **Supervising United States Probation Officer**

RE:     Gregory Alan GRIMALDO
        Docket Number:  2:10CR00355-01
        **PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X)     Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

Dated:  August 2, 2012

```
                          /s/ Garland E. Burrell, Jr.
                          _____
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge
```

cc:     United States Probation
        Jill M. Thomas, Assistant United States Attorney
        Rachelle Barbour, Assistant Federal Defender
        Defendant
        Court File